**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>v.<br><br>Justin Marcus Williams,<br><br>               Defendant. | No. CR-13-08164-PCT-DJH<br><br>**DETENTION ORDER** |

    On July 29, 2021, Defendant appeared before this Court on the Petition for Revocation of Supervised Release (Doc. 78). The Court granted the Government's oral motion to dismiss Allegations A and D of the Petition. A Detention Hearing and Preliminary Revocation Hearing with regard to Allegations B and C were held. The Court considered the information provided to the Court, the testimony of Senior U.S. Probation Officer Meredith Fast, and the arguments of counsel in determining whether Defendant should be released on conditions set by the Court and whether probable cause exists to believe that Allegations B and C as set forth in the Petition were committed and that the defendant committed those allegations.

    The Court finds that Defendant, having previously been convicted and placed on supervised release, and having appeared before the Court in connection with a petition to revoke his supervised release, has failed to establish by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of the community if released pursuant to Rule 46(d), and Rule 32.1(a)(6), Federal Rules of Criminal Procedure, and 18 U.S.C. § 3143.

It is further found that probable cause exists that Allegations B and C contained in the Petition filed July 2, 2021, were committed and that the defendant committed the allegations.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

IT IS FURTHER ORDERED setting an Admit/Deny Hearing for **August 27, 2021 at 2:00 p.m.** before Magistrate Judge Michelle H. Burns in Courtroom 303 at the Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Phoenix, Arizona 85003.

Dated this 29th day of July, 2021.

_____
Honorable Eileen S. Willett
United States Magistrate Judge